# CASE ANNOUNCEMENTS

*March 3, 2008*

[Cite as *03/03/2008 Case Announcements,* 2008-Ohio-822.]

## MOTION AND PROCEDURAL RULINGS

**2007–2150. Walburn v. Dunlap.**
Vinton App. No. 06CA655, 2007-Ohio-5398. This cause is pending before the court as an appeal from the Court of Appeals for Vinton County. Upon consideration of appellant's motion to supplement record,

It is ordered by the court that the motion is granted. The clerk of the court of appeals shall transmit to the Clerk of this court the record in Vinton County Court of Appeals Case No. 06CA653.

**2007–2302. Walburn v. Dunlap.**
Vinton App. No. 06CA655, 2007-Ohio-5398. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Vinton County. Upon consideration of appellant's motion to supplement record,

It is ordered by the court that the motion is granted. The clerk of the court of appeals shall transmit to the Clerk of this court the record in Vinton County Court of Appeals Case No. 06CA653.

**2008–0199. Hastings Mut. Ins. v. Halatek.**
Mahoning App. No. 06–MA–102, 2007-Ohio-6923. This cause is pending before the court as a discretionary appeal. On February 26, 2008, appellee Erie Insurance Company filed a memorandum in response to a memorandum in support of jurisdiction filed on January 25, 2008. Sup.Ct.Prac.R III(2)(A) requires a memorandum in response to be filed with the Supreme Court within 30 days after the memorandum in support of jurisdiction. In order to timely file a memorandum in response to a memorandum in support of jurisdiction filed on January 25, 2008, the memorandum in response must have been filed no later than February 25, 2008.

Accordingly, it is hereby ordered, sua sponte, that appellee Erie Insurance Company's memorandum in response is stricken as prohibited by Sup.Ct.Prac.R. XIV(1)(D).

**2008–0363. State v. Evans.**
Cuyahoga App. No. 89057, 2008-Ohio-139. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

It is ordered by the court that the motion is granted.

MOYER, C.J., dissents.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0211. State ex rel. Kestler v. Wellness Ctr. Health Assoc.**
Franklin App. No. 07AP–56, 2007-Ohio-7012.

**2008–0246. State ex rel. Walker v. Songer Constr. Corp.**
Franklin App. No. 07AP–83, 2007-Ohio-6786.

**2008–0258. State ex rel. Smith v. Indus. Comm.**
Franklin App. No. 07AP–127, 2007-Ohio-7005.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):